## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

STEVEN L. JOFFE        *
       *
       *
v.        *        Civil No. – JFM-15-1397
       *
PROVIDE COMMERCE, INC.        *
       ******

### MEMORANDUM

Plaintiff has instituted this pro se action against defendant. Defendant has filed a motion to dismiss. Plaintiff has responded to the motion to dismiss by filing a motion for leave to conduct discovery.

It is apparent from the face of the complaint that plaintiff's claim fails for two reasons. First, this court lack subject matter jurisdiction because the amount in controversy is less than $75,000. Second, plaintiff has no standing to bring the action since it was his spouse, not he, who entered into the contractural relationship with defendant. No facts learned during discovery would cure these deficiencies. Accordingly, defendant's motion to dismiss is granted and plaintiff's motion for leave to conduct discovery is denied.

Date: 9/8/14

_____
J. Frederick Motz
United States District Judge

BY_____DEPUTY
CLERK'S OFFICE
AT BALTIMORE
2015 SEP 8 PM 3:29
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
FILED